Kenneth B. WHITE, Individually and as father and as next friend of Kenneth Lincoln White and Mandolyn White, Plaintiff–Appellant,

v.

BLACK & DECKER (US) INC, doing business as DeWalt Industrial Tool Company, Defendant–Appellee.

No. 04–30710.

United States Court of Appeals, Fifth Circuit.

Decided March 11, 2005.

Scott E. Charnas, Manheimer & Charnas, Boston, MA, for Plaintiff–Appellant.

G. William Jarman, Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, Baton Rouge, LA, for Defendant–Appellee.

---

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

For essentially the reasons stated in the district court's order, we AFFIRM. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

